**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) Criminal No. 09-86 |
| | ) |
| JOSEPH RAITH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**AND NOW**, this 30th day of May, 2023, for the reasons set forth in the accompanying memorandum opinion, the motion for early termination of supervised release (ECF No. 55) filed on behalf of defendant Joseph Raith is HEREBY DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

/s/ JOY FLOWERS CONTI
Joy Flowers Conti
Senior United States District Court Judge